095-077-00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BEVERLY GARDNER, AVA GARDNER MARANDA TIBBS, CONNIE GARDNER and VICKIE TIBBS, as next of kin to the decedent, RICKY E. GARDNER, </br></br>Plaintiff,</br></br>v.</br></br>CORRECTIONS CORPORATION OF AMERICA, et al.,</br></br>Defendants. | No. 1:11-cv-01062-JDB-egb |

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon agreement of the parties that this matter should be dismissed with prejudice, as evidenced by the signatures of their counsel below, this Court is of the opinion that this matter should be dismissed in its entirety with prejudice to the re-filing of the same,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause be, and the same is hereby, dismissed with prejudice in its entirety, and it is,

**FURTHER, ORDERED, ADJUDGED AND DECREED** that no bill of costs will be filed by any party and no discretionary costs will be applied for or awarded to any party.

**DATED**: This the 20th day of September, 2012.

                                                 **s/ J. Daniel Breen**
                                                 UNITED STATES DISTRICT JUDGE
                                                 J. DANIEL BREEN

APPROVED FOR ENTRY:

PENTECOST & GLENN, PLLC

s/Brandon O. Gibson_____
JAMES I. PENTECOST #11640
BRANDON O. GIBSON #21485
Attorneys for Defendants,
106 Stonebridge Boulevard
Jackson, Tennessee 38305
(731) 668-5995


s/Luvell Glanton_____
Luvell Glanton (#14172)
Law Offices of Luvell Glanton
915 Jefferson Street, 2nd Floor
Nashville, TN  37208


## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or paper has been served upon each attorney, firm of attorneys, or *pro se* Plaintiff appearing of record by mail or by electronic mail via the Court's electronic filing system.

Luvell Glanton
Law Offices of Luvell Glanton
915 Jefferson Street, 2nd Floor
Nashville, TN  37208


DATED:  This the 19th  day of September, 2012


PENTECOST & GLENN, PLLC

By:     s/Brandon O. Gibson_____
        Attorney for Defendants