# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

BEVERLY GARDNER, AVA GARDNER
MARANDA TIBBS, CONNIE GARDNER
and VICKIE TIBBS,
as next of kin to the decedent, RICKY E. GARDNER,

      Plaintiffs,

v.                                                        Civil Action No. 1:11-cv-1062-JDB/egb

CORRECTIONS CORPORATION OF
AMERICA, ET AL,

      Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal, entered in the above-styled matter on 9/20/2012, this case is hereby dismissed with prejudice in its entirety.

**APPROVED:**

                                                                         **s/J. Daniel Breen**
                                                                        **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**